**AIRGO IP, LLC and Airgo Systems, LLC, Plaintiffs–Appellants,**

v.

**ARVINMERITOR, INC., Pressure Systems International, Inc., and Equalaire Systems, Inc., Defendants–Appellees.**

No. 2007–1538.

United States Court of Appeals, Federal Circuit.

May 15, 2008.

Donald R. Dunner, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, argued for plaintiffs-appellants. With him on the brief were Don O. Burley, and Denise W. DeFranco, of Cambridge, Massachusetts. Of counsel on the brief was Daniel P. Dooley, Fellers, Snider, Blankenship, Bailey & Tippens, P.C., of Oklahoma City, OK.

Seth P. Waxman, Wilmer Cutler Pickering Hale and Dorr LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were Edward C. DuMont, Eric R. Columbus, and Dutch D. Chung, of Washington, DC, and Noah A. Levine, of New York, NY.

Before NEWMAN, MAYER and SCHALL Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.